# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY RAY AMATI,

    Petitioner,

vs.

JACKIE CRAWFORD, et al.,

    Respondents.

Case No. 3:04-CV-00138-PMP-(VPC)

**ORDER**

The Court denied the Amended Petition for Writ of Habeas Corpus.  Order (#83).  Petitioner has submitted a Notice of Appeal (#86), and the Court has granted him leave to proceed in forma pauperis on appeal (#90).

To appeal the denial of a petition for a writ of habeas corpus, Petitioner must obtain a certificate of appealability, after making a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c).

> Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy §2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.

Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also James v. Giles, 221 F.3d 1074, 1077-79 (9th Cir. 2000).  Petitioner has made no such showing.

**IT IS THEREFORE ORDERED** that a Certificate of Appealability is **DENIED**.

DATED: March 25, 2008.


_____
PHILIP M. PRO
United States District Judge